LUCINDA M. MONROE, Appellant, *v.* IDA F. MATHER-LOVELACE et al., as Administrators of the Estate of CHARLES W. MATHER, Deceased, et al., Respondents.

*Monroe* v. *Turner,* 114 App. Div. 634, affirmed.
(Argued October 11, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 19, 1906, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to set aside certain documents relating to the estates of Asaph D. Mather, deceased, Joshua Mather, deceased, and Wesley Mather, deceased, and to obtain an accounting of the three estates.

*Edwin H. Risley* for appellant.

*S. M. Lindsley, William S. Mackie, George C. Morehouse* and *Charles L. Stone* for respondents.

Judgment affirmed, with costs, on the sole ground that apart from the admission of the judgment roll in the Turner action, the evidence before the trial judge not only warranted, but required the finding made by him that the personal property of the testator was insufficient to discharge his debts ; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent : VANN, J.